THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SON T. NGUYEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to withdraw his *pro se* motion for compassionate release (Dkt. No. 1212). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The Clerk is DIRECTED to TERMINATE Defendant's *pro se* motion for compassionate release (Dkt. No. 1202).

DATED this 20th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk